**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **BATYA WERNICK,**<br><br>       *Plaintiffs,*<br><br>**v.**<br><br>**NEW JERSEY OFFICE OF THE**<br>**ATTORNEY GENERAL, et al.,**<br><br>       *Defendants.* | **Civil Action No. 23-3862(MCA)**<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiffs motion to remand, ECF No. 4;

and it appearing that Judge Waldor issued a Report and Recommendation dated February 2, 2024, in which Judge Waldor recommended that this Court grant Plaintiff's motion to remand, ECF No. 4; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Waldor's Report and Recommendation;

**IT IS** on this 27th day of February, 2024,

**ORDERED** that Judge Waldor's Report and Recommendation dated February 2, 2024 is **ADOPTED** and Plaintiff's motion is **GRANTED**.

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**